RECEIVED
APR 1 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| THOMAS LEBLANC<br>EARLINE LEBLANC | CIVIL ACTION NO. 05-2238 |
| VS. | JUDGE DOHERTY |
| ALLSTATE INS. CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

This case was removed from a local state court based on the allegation of defendant that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. §1332. Plaintiffs allege that their home was severely damaged by fire and that the damages exceed the insurance policy limits. The dwelling was insured for $101,000.00 and the contents were insured for $70,700.00.[1] Considering the foregoing, the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on this _11_ day of April, 2006.

C. Michael Hill
United States Magistrate Judge

---

[1] Rec. Doc. 3-1.