RECEIVED
DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| THOMAS LEBLANC<br>EARLINE LEBLANC | CIVIL ACTION NO. 05-2238 |
| VS. | JUDGE DOHERTY |
| ALLSTATE INS. CO. | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO COMPEL
*(Rec. Doc. 14)*

Before the undersigned magistrate judge is the motion to compel discovery responses filed by defendant, Allstate Insurance Company ("Allstate"), on November 17, 2006. Mover seeks an order requiring plaintiffs to answer the First Interrogatories and Request for Production of Documents propounded on plaintiffs on January 13, 2006. The record shows that mover's counsel has sent letters to plaintiffs' counsel requesting discovery responses, but no responses have been provided. The motion is unopposed.[1]

Considering the foregoing,

**IT IS HEREBY ORDERED** that Allstate's motion to compel responses to interrogatories is **GRANTED**. Plaintiff shall provide full and complete responses to Allstate's discovery **within seven days of the date of this order.**

**IT IS FURTHER ORDERED** that, pursuant to F.R.Civ.P. 37(a)(4), plaintiff shall pay the attorney's fees and costs incurred in connection with the filing and prosecution of the instant motion to compel. Counsel for the Allstate shall file a motion to set attorney's fees and an affidavit of fees and costs into the record **on or before December 20, 2006** in order to assist the

---

[1] Local Rule 7.5W requires that written opposition to a motion be filed within 15 days after service of the motion. Plaintiffs have not filed an opposition.

smb: C:\wpdocs\cgg\acivil\2005\052238.Leblanc.unopp.mtcmpl.wpd 12/6/06

court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) The customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void. **Objections to the affidavit shall be filed on or before January 4, 2007.**

The Clerk of Court shall notice any motion and affidavit filed for consideration on the undersigned's January 2007 motion calendar, without oral argument, as an "assessment of Rule 37(a)(4) fees and expenses."

**IT IS FURTHER ORDERED** that the Clerk shall FAX a copy of this order to all counsel of record.

**IT IS FURTHER ORDERED** that the Clerk shall remove the motion to compel from the undersigned's December 13, 2006 motion calendar.

Signed at Lafayette, Louisiana on December 7, 2006.

COPY SENT:
DATE: 12/7/06
BY: CW
TO: Bully
Forrester} w/a fax

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

smb: C:\wpdocs\egg\acivil\2005\052238.Leblanc.unopp.mtcmpl.wpd 12/6/06