RECEIVED
SEP 1 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| THOMAS LEBLANC, ET AL | CIVIL ACTION NO.: 05-2238 |
| VERSUS | JUDGE DOHERTY |
| ALLSTATE INSURANCE CO. | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING AND ORDER

Currently pending before the Court is a Motion for Summary Judgment [Doc. 17] filed by defendant, Allstate Insurance Company ("Allstate"), on June 21, 2007, seeking dismissal of all claims against Allstate brought by plaintiffs in this matter. The motion was set without oral argument for August 24, 2007. To date, plaintiffs, Thomas and Earline LeBlanc, have filed no opposition to the motion.

This lawsuit was filed after a residence owned by plaintiffs was severely damaged by fire on December 5, 2004. Plaintiffs instituted the lawsuit to recover insurance proceeds, penalties and attorney fees pursuant to a "fire and other casualty" insurance policy issued to plaintiffs by Allstate. [Doc. 1] Allstate's answer to the suit generally denied the allegations of the petition and set forth the affirmative defense of arson, as well as other affirmative defenses.[1] Defendant has now moved for summary judgment in its favor based on the affirmative defense of arson. Again, plaintiffs have

---

[1] *See e.g.*, Rist v. Commercial Union Ins. Co., 376 So.2d 113 (La. 1979) for a discussion of the affirmative defense of arson under Louisiana law. (As the claims asserted by the plaintiffs are brought pursuant to Louisiana law, and as this Court's jurisdiction rests in diversity, this Court is Erie-bound to apply Louisiana law. American International Specialty Lines Insurance Company v. Canal Indemnity Company, 352 F.3d 254, 260 (5th Cir. 2003)).

not opposed the motion.[2]

The Motion for Summary Judgment **[Doc. 17]**, appearing to be well-founded in law and fact and being unopposed by plaintiffs, is hereby **GRANTED**. All claims against Allstate are **DISMISSED WITH PREJUDICE**. As this Ruling disposes of all claims in this matter, the parties are **ORDERED** to jointly submit a judgment, approved as to form, within thirty days from issuance of this ruling.[3]

THUS DONE AND SIGNED in Chambers, in Lafayette, Louisiana, this ___11___ day of September, 2007.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[2] The Court contacted plaintiff's counsel in the latter part of August 2007 to inquire as to whether or not an opposition to the Motion for Summary Judgment would be forthcoming. (Plaintiff's opposition was due on July 10, 2007, assuming service of defendant's motion took three days.) Plaintiffs' counsel asserted to the Court he would file "something, most likely an opposition" to the Motion for Summary Judgment by Tuesday, September 4, 2007. To date, no response has been received by the Court or filed into the record.

[3] On September 7, 2007, the Court advised the parties orally that this motion would be denied. Additionally, the Court advised plaintiff's counsel he could file a motion pursuant to FED. R. CIV. P. 59(e) or 60(b) should he believe he has a valid basis for doing so. Should plaintiff's counsel file such a motion prior to the thirty day deadline for submission of a final judgment, this Court's order requiring submission of a final judgment within thirty days of this ruling is **SUSPENDED** until thirty days following disposition of any newly filed motion.